IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **BARBARA FOX**<br><br>Plaintiff-Appellant<br><br>v.<br><br>**ALFRED L. BOYD, JR.**<br><br>Defendant-Appellee | Case No:<br>**14-7042** |

## REPRESENTATION STATEMENT

Pursuant to Fed. R. App. P. 12(b), undersigned counsel states that he does not represent any parties in this appeal. The Appellant is *pro per*.

Appellant's address:     BARBARA FOX
　　　　　　　　　　　 729 MASSACHUSETTS AVE NE
　　　　　　　　　　　 WASHINGTON DC 20002

　　　　　　　　　　　 Respectfully submitted,

　　　　　　　　　　　 /s/Sean R. Day/s/
　　　　　　　　　　　 Sean R. Day
　　　　　　　　　　　 7500 Greenway Ctr Dr Ste 110
　　　　　　　　　　　 Greenbelt MD 20770-3511
　　　　　　　　　　　 301.220.2270
　　　　　　　　　　　 301.220.2441 fax
　　　　　　　　　　　 sean@dayincourt.net

CERTIFICATE OR SERVICE

I hereby certify that on April 9, 2014, I served (by first class U.S. Mail postage prepaid, and by email) a copy of this document upon the following persons:

Bradford C. Patrick, Esquire
Assistant Attorney General
441 FOURTH ST NW 6th FL SOUTH
WASHINGTON DC 20001

Ms. Barbara Fox
729 MASSACHUSETTS AVE NE
WASHINGTON DC 20002

/s/Sean R. Day/s/
Sean R. Day